Lillard Harvey DAVIS, Petitioner,

v.

Judge Ray G. WILSON, County Judge in and for McClain County, Okla-homa, Respondents.

No. A–14527.

Court of Criminal Appeals of Oklahoma.

Nov. 29, 1967.

Mac Oyler, Oklahoma City, for petitioner.

## MEMORANDUM OPINION

NIX, Presiding Judge.

This matter coming on application of petitioner for this Court to assume jurisdiction and issue a writ of prohibition in the above styled and numbered cause, and the Court being fully advised in the premises, are of the opinion that there is an adequate remedy at law by appeal.

Therefore, this Court declines to assume jurisdiction in the cause involving Case No. 6717 pending in the County Court of McClain County, Oklahoma.

BUSSEY and BRETT, JJ., concur.